UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES JACKSON, et al.,

    Plaintiffs,        Case No. 1:13cv636

v.                 Hon. Robert J. Jonker

DANIEL H. HEYNS, et al.,

    Defendants.
_____/

## ORDER
### APPROVING AND ADOPTING REPORT AND RECOMMENDATION

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 30, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 30, 2014, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that defendants' motion to revoke Jackson and RIchards' *in forma pauperis* status and to dismiss this action (docket #35) is **DENIED**.

                 /s/ Robert J. Jonker
                ROBERT J. JONKER
              UNITED STATES DISTRICT JUDGE

DATED:  July 24, 2014.